**FILED**

04/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0490

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO.  DA 20-0490**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br>LOUISE SCHAUB,<br><br>Appellant,<br>vs.<br><br>DENNIS SCHAUB,<br><br>Appellee. | SUPREME COURT CAUSE No. DA 20-0490<br>DISTRICT COURT CAUSE No. DR-09-075_<br><br><br>**ORDER GRANTING EXTENSION**<br>**OF TIME TO FILE APPELLANT'S**<br>**REPLY BRIEF** |

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Appellant's Reply Brief (Unopposed)* and with good cause being shown;

IT IS HEREBY ORDERED that the Appellant's deadline to file their *Reply Brief* to the Appellee's *Response Brief* is hereby VACATED and RESET for the 31st day of May, 2021.

No further extensions will be granted.

Electronically signed and dated below.

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o Jeremy S. Yellin

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2021